**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL ACTION NO. 15-6-DLB-EBA**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**vs.**         **ORDER ADOPTING REPORT AND RECOMMENDATION**

**JEROME JOHNSON**                                          **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of Magistrate Judge Edward B. Atkins (Doc. # 30), wherein he recommends that Defendant Jerome Johnson be committed to the custody of the Attorney General and temporarily hospitalized. Judge Atkins based his recommendation on evidence introduced at the October 15, 2015 competency hearing, which showed, by a preponderance of the evidence, that Defendant "lacks sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding and does not exhibit a rational as well as factual understanding oft he proceedings against him." (*Id.*). Defendant and the United States having failed to file Objections, and the time to do so having expired, this matter is now ripe for the Court's consideration. Having reviewed the R&R, and concluding that it is sound in all respects, and the Court being otherwise sufficiently advised,

       **IT IS ORDERED** as follows:

       (1)       The Report and Recommendation (Doc. # 30) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

      (2)    In accordance with 18 U.S.C. § 4241(d), Defendant Jerome Johnson shall be **COMMITTED** to the custody of the Attorney General. The Attorney General shall hospitalize Defendant for treatment in a suitable facility for such a reasonable period of time, **not to exceed four (4) months**, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.

      This 17th day of November, 2015.



Signed By:
*David L. Bunning*  *DB*
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2015\15-6 Order Adopting R&R re Competency.wpd